677 S.E.2d 213

**Ernest Lamar BRADLEY and Esther K. Bradley, Petitioners,**

v.

**John DOE and AccuSweep, Inc., Respondents.**

No. 26651.

Supreme Court of South Carolina.

Heard April 22, 2009.

Decided May 18, 2009.

Rehearing Denied June 10, 2009.

Donald H. Howe, of Howe & Wyndham, and Walter Bilbro, Jr., both of Charleston, for Petitioner.

Margaret F. Horn, of Wilson & Heyward, of Charleston, for Respondent.

PER CURIAM.

This Court granted a petition for a writ of certiorari to review the decision of the Court of Appeals in *Bradley v. Doe,* 374 S.C. 622, 649 S.E.2d 153 (Ct.App.2007). We dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

TOAL, C.J., WALLER, PLEICONES, BEATTY, JJ., and Acting Justice JAMES R. BARBER, concur.